RECEIVED
MAY 2 4 2022
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.   1:22-cr-00025 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| GARRET ALLEN HORGDAL, and, | ) | T. 18 U.S.C. §§ 922(g)(1),(3) |
| JANNELLE MARIE DAVIS, | ) | T. 18 U.S.C. §§ 922(d)(1),(3) |
| | ) | T. 18 U.S.C. § 922(a)(6) |
| Defendants. | ) | T. 18 U.S.C. §§ 924(a)(2), (d) |
| | ) | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Prohibited Person in Possession of a Firearm)**

On or about March 8, 2022, in the Southern District of Iowa, the defendant, GARRET ALLEN HORGDAL, in and affecting commerce, knowingly possessed a firearm and ammunition, namely one or more of the following: a loaded Smith and Wesson .45 caliber Pistol, Model M&P 45, with serial number MRL7397; a loaded Ruger 9mm pistol, Model LC9, with serial number 453-40583 and a loaded GFORCE Arms 12 gauge shotgun, Model GF2P, with serial number 21-97371. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding a year, and that he was a user of and addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(1),(3) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(False Statement During Purchase of a Firearm)**

That on or about February 22, 2022, in the Southern District of Iowa, the defendant, JANNELLE MARIE DAVIS, in connection with the acquisition of a firearm, namely, a GFORCE Arms, 12 gauge shotgun, Model GF2P, with serial number 21-97371, from Metro Pawn and Loan, of Council Bluffs, Iowa, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to Metro Pawn and Loan, as to a fact material to the lawfulness of such sale of said firearm to the defendant under chapter 44 of Title 18, in that the defendant answered "Yes" to question 21(a) on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives form 4473, Firearms Transaction Record, which asked; "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s)?" when JANNELLE MARIE DAVIS was in fact purchasing the GFORCE Arms shotgun described above for Garret Allen Horgdal, a prohibited person.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Sale or Transfer of a Firearm to a Prohibited Person)

On or about February 22, 2022 up to and including March 8, 2022, in the Southern District of Iowa, the defendant, JANNELLE MARIE DAVIS, knowingly provided a firearm, that is a GFORCE Arms, 12 gauge shotgun, Model GF2P, with serial number 21-97371, to Garret Allen Horgdal, knowing and having reasonable cause to believe that Garret Allen Horgdal, had been convicted of a crime punishable by imprisonment for a term exceeding one year and was an unlawful user of and addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(d)(1), (3) and 924(a)(2).

**THE GRAND JURY FINDS:**

### NOTICE OF FORFEITURE

That upon conviction of the offenses set forth in this Indictment, the defendants, GARRET ALLEN HORGDAL and JANNELLE MARIE DAVIS, shall forfeit, to the United States, pursuant to 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, a Smith and Wesson .45 caliber Pistol, Model M&P 45, with serial number MRL7397; a Ruger 9mm pistol, Model LC9, with serial number 453-40583; and a

GFORCE Arms, 12 gauge shotgun, Model GF2P, serial number 21-97371; and assorted ammunition.

This is pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

**TRUE BILL.**

                                                  FOREPERSON

Richard D. Westphal
United States Attorney

By: /s/ Richard E. Rothrock
Richard E. Rothrock
Assistant United States Attorney